THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187176
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California  90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    sharla.cerra@usdoj.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SAMMY GUZMAN, ) | EDCV 07-01051 (AGR) |
|    Plaintiff, ) | |
| v. ) | |
| MICHAEL J. ASTRUE, ) | JUDGMENT |
| Commissioner of Social Security, ) | |
|    Defendant. ) | |

The Court having approved the parties Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. 405(g) and to Entry of Judgment (AStipulation for Remand) lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: March 24, 2008

*/s/ Alicia G. Rosenberg*

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE